# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| B. A. DRAUGHN,<br><br>      Plaintiff,<br><br>v.<br><br>PRESIDENT NORWEST BANK COMPANY MINNEAPOLIS, MN,<br><br>      Defendant. | Civil No. 11-2940 (DSD/JJG)<br><br>**ORDER ON REPORT AND RECOMMENDATION** |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


Dated:  November 8, 2011        s/David S. Doty
                                            DAVID S. DOTY, Judge
                                            United States District Court