## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

B. A. DRAUGHN,

      Plaintiff,

v.

PRESIDENT NORWEST BANK
COMPANY MINNEAPOLIS, MN,

      Defendant.

Civil No. 11-2940 (DSD/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application for leave to proceed in forma pauperis, (Docket No. 2), is **DENIED**; and

2. This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  November 8, 2011

          s/David S. Doty
          DAVID S. DOTY, Judge
          United States District Court